RICHARDS CONDITIONING CORP., Respondent, v. HAROLD K. OLEET et al., Individually and Doing Business as OLEET CONSTRUCTION Co., et al., Appellants.—

Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.